

IN THE
TENTH COURT OF APPEALS

No. 10-13-00409-CR

ADAM LAMAR BROOKS,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 11-01734-CRM-CCL1

ORDER

This appeal was abated to the trial court to make findings of fact and conclusions of law regarding whether Brooks' statements were voluntary. Those findings and conclusions have been made and filed with this Court.

Accordingly, this appeal is reinstated.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal reinstated
Order issued and filed May 28, 2015

